2
SCOTT M. JOHNSON (BAR # 287182)
scott@galeangelojohnson.com
GALE ANGELO JOHNSON P.C.
2999 Douglas Boulevard, Ste 111
Roseville, CA 95747
Tele: 916-290-7778
Fax: 916-282-0771

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re:

MARK ANTHONY FENOMENO CREDO,

Debtor(s).

Case No.: 2025-21769

Chapter 13

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed on April 15, 2025 by the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:
1. The debtor shall immediately notify, in writing, the Clerk of the United State Bankruptcy Court and the trustee of any change in the Debtor's address;
2. The debtor shall immediately notify the trustee in writing of any termination, reduction of or other change in the employment of the debtor, and;
3. The debtor shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fee for the Debtors attorney in the full amount of $12,000.00 are approved, $2,400.00 of which was paid prior to the filing of the petition. The balance of $9,600.00, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

1

IT IS FURTHER ORDERED that pursuant to 11 U.S.C. 1323, the plan is amended as follows:

1. Debtor Attorney Fees shall be paid: $400.00/month for 9 months, then $117.64 per month after.

_____ 06-06-25
Approved by the Chapter 13 Trustee as to form.

**Dated:** June 10, 2025

**By the Court**

**Ronald H. Sargis, Judge
United States Bankruptcy Court**

2